UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-62247-PCH

**NELSON FERNANDEZ**,

        Plaintiff,

vs.

**LAGO MAR BEACH CLUB, INC.**
**a Florida for-profit corporation**,

        Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT AND INTENT TO SUBMIT CONSENT DECREE

        Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, and Defendant

LAGO MAR BEACH CLUB, INC., by and through its undersigned Counsel, hereby provide notice

that the parties have reached a settlement and will be executing and submitting to the Court a Consent

Decree resolving all claims and matters in this case.  Upon execution of the Consent Decree, the

parties will submit it to the Court for review, approval and entry.  Accordingly, the parties respectfully

request that the Court stay all further proceedings until submission and filing of the Consent Decree.

        Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**          **LAW OFFICE OF PELAYO**
Counsel for Plaintiff                                              **DURAN, P.A.**
8751 W. Broward Blvd., Suite 303                  Co-Counsel for Plaintiff
Plantation, FL 33324                                        6355 N.W. 36th Street, Ste. 307
T. 954/362-3800                                              Virginia Gardens FL 331
954/362-3779 (Facsimile)                             T. 305/266-9780
Email:  rhannah@rhannahlaw.com             305/269-8311 (Facsimile)
                                                                      Email:duranandassociates@gmail.com


By_____*s/ Roderick V. Hannah*_____          By ___*s/  Pelayo  M.  Duran*_____
        RODERICK V. HANNAH                              PELAYO M. DURAN
        Fla. Bar No. 435384                                     Fla. Bar No. 0146595

2

**KELLEY KRONENBERG, P.A.**
Counsel for Defendant
1511 North Westshore Boulevard
Suite 400
Tampa, FL  33607
(954) 370-9970 ext 4200
(813) 223-1697
dharvey@kelleykronenberg.com


By   */s/ David S. Harvey*
     DAVID S. HARVEY
     Fla. Bar No. 984043