**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  1:24-cv-62247-PCH**

**NELSON FERNANDEZ**,

      Plaintiff,

v.

**LAGO MAR BEACH CLUB, INC.**
**a Florida for-profit corporation**,

      Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER

This matter is before the Court *sua sponte*. On January 28, 2025, the Court entered an Order of Court Approval, Adoption, and Entry of the Consent Decree [ECF No. 18] in this action.  Entry of the Order effectively concluded this case.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this action are resolved by settlement and entry the Order [ECF No. 18] and thus the Clerk is directed to **CLOSE** this case. Pursuant to the Order [ECF No. 18], this Court shall retain jurisdiction to enforce the terms of the Consent Decree up to and including January 28, 2028.

**DONE AND ORDERED** in Miami, Florida, this 5th day of March, 2025.

_____
PAUL C. HUCK
SENIOR U.S. DISTRICT COURT JUDGE

cc:  All counsel of record.